IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 0 8 2000

UNITED STATES OF AMERICA, )
 )
     Plaintiff, )
 )
v. ) Civil No. L-00-1502
 )
Ecliffe M. Henriques, )
 )
     Defendant. )
 )

MR CLERK:

    Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.) as to the defendant Ecliffe M. Henriques without prejudice and without costs and for cause therefore states:

    Plaintiff has been unable to serve process upon the defendant.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney

Tamera L. Fine
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201-2692
Trial Bar No. 024751

APPROVED THIS 14TH DAY OF September, 2000

BENSON EVERETT LEGG, U.S.D.J.